IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL DOUGLAS RANDALL,<br>　　　　Plaintiff,<br>　　v.<br>CALIFORNIA STATE PRISON, SACRAMENTO,<br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 15-4548 MEJ  (PR)<br>**ORDER OF TRANSFER** |

　　Plaintiff Virgil Douglas Randall, a state prisoner currently incarcerated at Folsom State Prison (FSP) in Represa, California, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

　　The acts complained of in his complaint occurred at FSP, located in Sacramento County which lies in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

　　Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.   In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

　　IT IS SO ORDERED.

DATED: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge