UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL DOUGLAS RANDALL,<br><br>  Plaintiff,<br><br>  v.<br><br>WARDEN OF CALIFORNIA STATE PRISON, SACRAMENTO,<br><br>  Defendant. | No. 2:15-cv-2120 DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2016, plaintiff was directed to complete the application form in support of his request to proceed in forma paupers. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's filing, however, is insufficient as the second page of the application is missing. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit the completed application in support of his application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 12) is denied;

2. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma paupers. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

1    3.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
Forma Pauperis By a Prisoner.

Dated:  November 9, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;rand2120.3e