| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| VIRGIL DOUGLAS RANDALL, | No. 2:15-cv-2120 DB P |
|---|---|
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| WARDEN OF CALIFORNIA STATE PRISON, SACRAMENTO, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2016, plaintiff was directed to complete the application form in support of his request to proceed in forma paupers. Plaintiff filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915; however, the second page of the application was missing. See 28 U.S.C. § 1915(a)(2). Plaintiff was provided an opportunity to submit the completed application in support of his application to proceed in forma pauperis on November 9, 2016. (ECF No. 17.) Plaintiff was ordered to submit, within thirty days from the date of that order, a completed affidavit in support of his request to proceed in forma paupers. (Id.) Plaintiff was warned that failure to comply with the order would result in a recommendation that this action be dismissed without prejudice. (Id.)

The thirty day deadline has long passed and plaintiff has not submitted the completed affidavit.

1

1 | Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign a United States District Judge to this action. IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951

Dated: September 25, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

TIM-DLB:10
DB / ORDERS / ORDERS.PRISONER.CIVIL RIGHTS / rand.2120.dismiss.fr